IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

HARRISON E. BRADFORD, in his )
individual capacity and on behalf of )
all others similarly situated, )
                          ) Civil Action No. 2:06-CV-0086 (WCO)
       Plaintiff, )
                          )
v. )
                          )
WR STARKEY MORTGAGE LLP, )
                          )
       Defendant. )

**SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

COMES NOW, Harrison E. Bradford, in his individual capacity, and on behalf of all others similarly situated, and files this Second Consent Motion for Extension of Time in which to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint, moving this Court for an extension of time in which to respond to WR Starkey Mortgage, LLP's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") until, and including, September 22, 2006, pursuant to Local Rule 7.1. Plaintiff shows that his counsel has conferred with counsel for Defendant WR Starkey Mortgage, LLP, and that Defendant has consented to the proposed extension of time. The parties further request that this Court extend the time in which the parties may conduct a

1

conference pursuant to Federal Rule of Civil Procedure 26(f) until 16 days after Plaintiff has filed its response to Defendant's Motion to Dismiss, or until, and including, October 8, 2006, pursuant to Local Rule 16.1. A proposed order is attached to this Petition as Exhibit A.

WHEREFORE, Plaintiff Harrison E. Bradford, in his individual capacity, and on behalf of all others similarly situated, respectfully requests that this Honorable Court grant his Second Consent Motion for Extension of Time in which to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint, and extend the time in which to respond to WR Starkey Mortgage, LLP's Motion to Dismiss Plaintiff's Complaint until, and including, September 22, 2006. Plaintiff further respectfully requests that this Court extend the time in which the parties may conduct a conference pursuant to Rule 26(f) until, and including, October 8, 2006.

Respectfully submitted, this 13th day of September, 2006.

/s/**Anthony Lake**_____
Anthony Lake, Esq.
Georgia Bar No. 431149
Thomas A. Withers, Esq.
Georgia Bar No. 772250
Admitted *Pro Hac Vice*
GILLEN PARKER & WITHERS, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tele:   (404) 842-9700
Fax:    (404) 842-9750
E-mail: aclake@gcpwlaw.com

R. Bruce Carlson, Esq.
Gary F. Lynch, Esq.
Admitted *Pro Hac Vice*
CARLSON LYNCH LTD
231 Melville Lane
P.O. Box 367
Sewickley, Pennsylvania 15143
Telephone:  (412) 749-1677
Facsimile:  (412) 749-1686
E-mail:      bcarlson@carlsonlynch.com
              glynch@carlsonlynch.com

3

Eric G. Calhoun, Esq.
Admitted *Pro Hac Vice*
TRAVIS & CALHOUN, PC
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
Telephone:  (972) 934-4100
Facsimile:  (972) 934-4101
E-mail:       eric@travislaw.com

*Counsel for Plaintiff Harrison E. Bradford*

**/s/ E. Wycliffe Orr, Sr. Esq.**
E. Wycliffe Orr, Sr., Esq.
Georgia Bar No. 554500
Kristine Elizabeth Orr, Esq.
ORR & ORR, LLP
641 Spring Street
Suite 101
P.O. Box 2944
Gainesville, Georgia 30503
Telephone:  (770) 534-1980
Facsimile:  (770) 536-5910
E-mail:       eworr@orrlawfim.com

Cynthia Gehen Swann, Esq.
Admitted *Pro Hac Vice*
WEINER BRODSKY SIDMAN KIDER
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, D.C. 20036-1609
Telephone:  (202) 628-2000
Facsimile:  (202) 628-2011
E-mail:       swann@wbsk.com

*Counsel for Defendant WR Starkey*
      *Mortgage LLP*

4

## **CERTIFICATION**

The undersigned hereby certifies, pursuant to Local Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1B.

This 13th day of September, 2006.

**/s/Anthony Lake**_____
Anthony Lake
Georgia Bar No. 431149
GILLEN PARKER & WITHERS, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tele: (404) 842-9700
Fax: (404) 842-9750

*Counsel for Plaintiff Harrison E. Bradford*